UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DERRICK BOGGESS,<br><br>                    Defendant. | No. 2:14-CR-179-RMP-2<br><br>ORDER GRANTING MOTION TO QUASH ARREST WARRANT AND DIRECTING CLERK TO ISSUE SUMMONS<br><br>**U.S. MARSHAL**<br>ACTION REQUIRED |

Before the Court is the United States' Motion for an Order to Quash Arrest Warrant and Order Directing Clerk to Issue a Summons. ECF No. 7. The Court having considered the Motion,

**IT IS ORDERED** that the United States' Motion to Quash Arrest Warrant as to Defendant Derrick Boggess, **ECF No.** 7, is **GRANTED**. The Clerk's Office is directed to Issue a Summons for Defendant to appear for arraignment on **January 21, 2015, at 1:30 p.m,** before the undersigned.

**IT IS FURTHER ORDERED** that the Clerk advise the United States Attorney's Office when the summons is issued, such that it may be served by the Federal Bureau of Investigation or its designee.

DATED January 7, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1