UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DERRICK BOGGESS,<br><br>        Defendant. | No. 2:14-CR-179-RMP-2<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

Before the Court is Defendant's Unopposed Motion to Modify conditions of release. ECF No. 83. Defendant seeks to travel to Astoria, Oregon, with family members. Neither the United States nor the United States Probation Office object to Defendant's request to travel. Accordingly,

**IT IS ORDERED** Defendant's Motion, **ECF No. 83,** is **GRANTED.** Defendant may travel to Astoria, Oregon, on August 11, 2015, to return to Spokane no later than August 22, 2015. Prior to travel, he shall provide all relevant details and advise the U.S. Probation of his contact information while he is travelling.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED August 4, 2015.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER - 1